# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  06-PO-00181-DLW |
| | **JAMES SHANNER**<br>(Defendant's Attorney) |
| RICKY D. TULIO | |
| | **WALLACE KLEINDIENST**<br>(Assistant United States Attorney) |

**THE DEFENDANT:**  Pleaded guilty to Violation No. F3868313/26.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551; 36 C.F.R. 261.11(e) | Dumping Refuse Debris or Trash Brought from Private Property onto National Forest Land | August 28, 2006 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. Number:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

<u>     January 16, 2007     </u>
Date of Imposition of Judgment

<u>s/David L. West                              </u>
Signature of Judicial Officer

<u>   David L. West, United States Magistrate Judge   </u>
Name & Title of Judicial Officer

<u>January 16, 2007                              </u>
Date

DEFENDANT:  RICKY D. TULIO
CASE NUMBER:  06-PO-00181-DLW                          Judgment-Page 2 of 4

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two (2) days.

    The court makes the following recommendations to the Bureau of Prisons:

        That the Defendant be allowed to serve his sentence on the weekend at the Montezuma County Jail in Cortez, Colorado

    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.


                                   _____
                                       UNITED STATES MARSHAL

                           By_____
                                  Deputy U.S. Marshal

DEFENDANT:  RICKY D. TULIO
CASE NUMBER:  06-PO-00181-DLW                           Judgment-Page 3 of 4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB Processing Fee | Restitution |
|-------|------------|--------------------|-------------|
| 1 | $10.00 | $25.00 | $674.52 |
| **Totals:** | $10.00 | $25.00 | $674.52 |

## RESTITUTION

The defendant shall make restitution to the following payees in the amounts listed below.
If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|------------------------|-------------------------------|------------------------------------------|
| United States Forest Service | | $674.52 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  RICKY D. TULIO
CASE NUMBER:  06-PO-00181-DLW                                    Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the fine and other criminal monetary penalties shall be due as follows:

The defendant shall pay the special assessment and CVB processing fee to the Court immediately.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special Instructions regarding the payment of criminal monetary penalties:

The Schwan's Consumer Brands North America, Inc., a Minnesota corporation, operating within the State of Colorado with a registered agent at The Colorado Company, 1675 Broadway, Ste 1200, Denver, Colorado 80202 is ordered to pay the restitution of $674.52 in this matter.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.